United States Bankruptcy Court
Central District of California

In re:
Ahmad J Tukhi
    Debtor

Case No. 15-14015-MW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 2     Date Rcvd: Apr 26, 2017
                     Form ID: 318     Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.
```
db              #+Ahmad J Tukhi,    1060 Morada Dr,    Orange, CA 92869-1506
cr               +The Bank of New York Mellon, et al,    c/o Prober & Raphael, A Law Corp.,    P.O. Box 4365,
                   Woodland Hills, CA 91365-4365
36733198         +Abdul Habib Olomi,    Nikolaus W. Reed, Esq.,    Law Offices of Nikolaus W. Reed,
                   135 10th Street,    San Francisco, CA 94103-2604
36505588        #+Account Management Ser,    5300 Orange Ave Ste 120,    Cypress, CA 90630-2971
36505590         +Awa Collections,    Awa Collections,    Po Box 6605,    Orange, CA 92863-6605
36505591         +Awa Collections,    Po Box 6605,    Orange, CA 92863-6605
36505593         +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                   Saint Louis, MO 63179-0040
36505596         +Cmre Financial Services Inc,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6753
36505595         +Cmre Financial Services Inc,    3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
36505597         +Collection Consultants,    6100 San Fernando Rd Ste,    Glendale, CA 91201-2280
36505598         +Direct Recovery Associ,    5706 Corsa Ave,    Westlake Villa, CA 91362-4057
36505602         +National Commercial Se,    6644 Valjean Ave,    Van Nuys, CA 91406-5816
36505607         +Progressive Manageme,    Po Box 2220,    West Covina, CA 91793-2220
36505609         +SCE (Southern California Edison),    Attn: Bankruptcy,    Po Box 600,    Rosemead, CA 91770-0600
36505610         +SCE (Southern California Edison),    2131 Walnut Grove Ave,    Rosemead, CA 91770-3769
36505612         +Shellpoint Mortgage Se,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115
36505613         +Source Rcvry,    Po Box 450,    Springfield, PA 19064-0450
36636971         +Southern California Edison,    Attn: Credit and Payment Services,    1551 W San Bernardino Rd,
                   Covina CA 91722-3407
36505614         +Southwest Collection S,    1111 E. Katella Ave. #260,    Orange, CA 92867-5060
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr               +EDI: FTHCASEY.COM Apr 27 2017 01:48:00      Thomas H Casey (TR),
                   22342 Avenida Empresa, Suite 200,    Rancho Santa Margarita, CA 92688-2148
smg               EDI: EDD.COM Apr 27 2017 01:49:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                   P.O. Box 826880,    Sacramento, CA 94280-0001
smg               EDI: CALTAX.COM Apr 27 2017 01:48:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                   P.O. Box 2952,    Sacramento, CA 95812-2952
36505589         +EDI: AFNIRECOVERY.COM Apr 27 2017 01:48:00      Afni, Inc.,    Po Box 3097,
                   Bloomington, IL 61702-3097
36505592         +EDI: CHASE.COM Apr 27 2017 01:49:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
36505594         +EDI: CITICORP.COM Apr 27 2017 01:49:00      Citibank/The Home Depot,    Po Box 6497,
                   Sioux Falls, SD 57117-6497
36505600         +E-mail/Text: bknotice@erccollections.com Apr 27 2017 01:52:12      Enhanced Recovery Corp,
                   8014 Bayberry Rd,    Jacksonville, FL 32256-7412
36505599         +E-mail/Text: bknotice@erccollections.com Apr 27 2017 01:52:12      Enhanced Recovery Corp,
                   Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
36626739          EDI: CALTAX.COM Apr 27 2017 01:48:00      FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
                   PO BOX 2952,    SACRAMENTO CA 95812-2952
36505604          E-mail/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG Apr 27 2017 01:52:50      Orange Countys Cr Unio,
                   15442 Del Amo Av,    Tustin, CA 92780
36505603         +E-mail/Text: bankruptcy@orangecountyscu.org Apr 27 2017 01:52:53      Orange Countys Cr Unio,
                   Po Box 11777,    Santa Ana, CA 92711-1777
36505605         +EDI: RESURGENT.COM Apr 27 2017 01:49:00      Pinnacle Credit Service,    Attn: Bankruptcy,
                   Po Box 640,    Hopkins, MN 55343-0640
36505606         +EDI: RESURGENT.COM Apr 27 2017 01:49:00      Pinnacle Credit Service,    Po Box 640,
                   Hopkins, MN 55343-0640
36505608         +EDI: PMSCOLLECTS.COM Apr 27 2017 01:48:00      Progressive Manageme,    1521 W Cameron Ave Fl 1,
                   West Covina, CA 91790-2738
36505611         +E-mail/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG Apr 27 2017 01:52:50      Schoolsfirst Fcu,
                   Po Box 11547,    Santa Ana, CA 92711-1547
                                                                                               TOTAL: 15
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr                SchoolsFirst Federal Credit Union
36505601        ##+Fidelity Creditor Svc,    216 S Louise St,    Glendale, CA 91205-1637
                                                                                               TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0973-8          User: admin              Page 2 of 2              Date Rcvd: Apr 26, 2017
                              Form ID: 318             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2017 at the address(es) listed below:
              Bonni S Mantovani    on behalf of Creditor    The Bank of New York Mellon, et al cmartin@pralc.com,
               bmantovani@pralc.com;ecfcca@ecf.courtdrive.com
              Julie J Villalobos    on behalf of Debtor Ahmad J Tukhi julie@oaktreelaw.com, oakecfmail@gmail.com
              Paul V Reza    on behalf of Creditor    SchoolsFirst Federal Credit Union pvr1789@gmail.com,
               PVRLaw@gmail.com
              Robert D Matranga    on behalf of Defendant Ahmad J Tukhi rmatranga@cookseylaw.com,
               lvelazquez@cookseylaw.com
              Samyel  Geshgian    on behalf of Creditor    The Bank of New York Mellon, et al cmartin@pralc.com,
               samuelglaw@yahoo.com
              Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ahmad J Tukhi** | Social Security number or ITIN **xxx–xx–1427** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **Central District of California** | | |
| Case number: **8:15–bk–14015–MW** | | |

## Order of Discharge – Chapter 7                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ahmad J Tukhi

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 4/26/17


**Dated:** 4/26/17                                            **By the court:**   Mark S Wallace
                                                                                  United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**42/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc           **Order of Chapter 7 Discharge**              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc        **Order of Chapter 7 Discharge**                page 2